## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cianbro Corp. v. U.S. Dept. of Labor    Docket No.: 15-451

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mark A. Reinhalter

Firm: U.S. Department of Labor, SOL-BLLLS

Address: 200 Constitution Ave., N.W., Suite N-2119

Telephone: 202-693-5327    Fax: 2026935687

E-mail: blls-sol@dol.gov

Appearance for: Mark A. Reinhalter
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Rebecca J. Fiebig )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 8, 2010    OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Mark A. Reinhalter

Type or Print Name: Mark A. Reinhalter