## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Cianbro Corporation v. United States Department of Labor        Docket No.: 15-451

Lead Counsel of Record (name/firm) or Pro se Party (name): Zachary M. Delaney/Pomeranz, Drayton & Stabnick

Appearance for (party/designation): Cianbro Corporation

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[ ] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: Zachary M. Delaney
Firm: Pomeranz, Drayton & Stabnick
Address: 95 Glastonbury Blvd. Suite 216, Glastonbury CT 06033-4453
Telephone: 860-657-8000              Fax: 860-657-9838
Email: ZakD@pdslaw.com

### RELATED CASES

[✔] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on February 13, 2015 _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _/s/ Zachary M. Delaney_
Type or Print Name: Zachary M. Delaney
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.