# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Cianbro Corporation<br>v.<br>United States Department of Labor | **DISTRICT**<br>Benefits Review Board | **DOCKET NUMBER**<br>BRB No. 14-0149 |
| | **JUDGE**<br>Benefits Review Board | **APPELLANT**<br>Cianbro Corp. |
| | **COURT REPORTER**<br>N/A | **COUNSEL FOR APPELLANT**<br>Zachary M. Delaney Esq. |

Check the applicable provision:

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript

Reason for not ordering a transcript:

[ ] Copy is already available

[✓] No transcribed proceedings

[ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

[ ] **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**

[ ] **PREPARE TRANSCRIPT OF TRIAL**

[ ] **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**

[ ] **OTHER (Specify in the space below):**

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE 2-25-15 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |