**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 31, 2015
Docket #: 15-451ag
Short Title: Cianbro Corporation v. United States
Department of La

Agency #: 14-0149
Agency: Department of Labor
(except OSHA)

**NOTICE OF RECORD ON APPEAL FILED**

In the above referenced case the document indicated below has been filed in the Court.

_____  Record on Appeal - Certified List

_____  Record on Appeal - CD ROM

__X__  Record on Appeal - Paper Documents

_____  Record on Appeal - Electronic Index

_____  Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8549.