United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 28, 2015
Docket #: 15-451ag
Short Title: Cianbro Corporation v. United States Department of La

Agency #: 14-0149
Agency: Department of Labor (except OSHA)

## NOTICE OF DEFECTIVE FILING

On 08/28/2015 the brief, on behalf of the Respondent, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
  _____ Missing proof of service
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
\_\_\_XX\_\_\_ **Defective cover** *(FRAP 32)*
  \_\_XX\_\_\_\_ **Incorrect caption** *(FRAP 32)*: **Please amend the title of the Respondent in the correct order as it appears on our docket (United States Department of Labor, Director, Office of Workers Compensation Programs)**.
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
\_\_\_XX\_\_\_ **Incorrect pagination, click here for instructions on how to paginate PDFs** *(Local Rule 32.1)*: **Please make sure that the white box with page numbers on the PDF corresponds to the page numbers on the bottom of the pages.**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*

_____        Untimely filing
_____        Incorrect Filing Event
\_\_XX\_\_\_\_        **Other: Please refile all corrections electronically under the filing event "Brief" (not "Corrected Brief"). Please send in amended covers with the correct caption for the hard copies of the briefs**.

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than 08/31/2015**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to **212-857-8549**.